## Affidavit

* * * * * * * *

I, Michael Mclaughlin, Special Agent of the Federal Bureau of Investigation hereinafter referred to as the affiant, being duly sworn state that;

Your Affiant is an investigative or law enforcement officer of the United States, as a Special Agent of the FBI. As such your Affiant is empowered to conduct investigations of and to make arrests for all federal offenses.

Your Affiant has been employed by the FBI for approximately five years. Your Affiant has been assigned to the London Resident Agency for approximately five years. Prior to your Affiant's employments with the FBI, your Affiant was a police officer in Virginia.

### I.  BASIS OF INFORMATION

Except as otherwise noted, the information set forth in in this Affidavit has been provided to your Affiant by FBI Agents and members of the FBI drug task force or the Pulaski County Sheriff's Department or other law enforcement officers. Unless otherwise noted, whenever in this Affidavit your Affiant asserts that a statement was made, the information was provided by another law enforcement officer (who may have either direct or hearsay knowledge of the statement) to whom Affiant has spoken or whose report the Affiant has read and reviewed.     Likewise, information resulting from surveillance, except where otherwise indicated, does not necessarily set forth Affiant's observations but rather has been provided directly or indirectly by FBI Agents or other law enforcement officers who conducted such surveillance. Likewise, any information

pertaining to vehicle and/or registrations, personal data on subjects, and record checks has been obtained through the National Crime Information Center (NCIC) computers by members herein described.

Since this Affidavit is being submitted for the limited purpose of establishing probable cause to arrest Tyler Thomas ROSE for a violation of 21 U.S.C. §841(a)(1), possession with intent to distribute methamphetamine, a Schedule II controlled substance, your affiant has not included each and every fact known to him concerning this investigation. Your Affiant has set forth only the facts that he believes are necessary to establish the foundation for an arrest warrant.

## II.  BACKGROUND AND INVESTIGATION

The FBI London Office has been conducting an investigation targeting methamphetamine traffickers in Pulaski County KY. This investigation revealed that ROSE was distributing large amounts of methamphetamine to numerous individuals in south eastern Kentucky. Based on this information a confidential informant (CI) was developed who agreed to purchase methamphetamine from ROSE.

On November 26, 2019, the FBI conducted a controlled meeting between ROSE and the CI at a McDonalds in Somerset, KY.  Officers conducted surveillance of ROSE's vehicle during the arranged meeting.  During the meeting ROSE provided the CI with approximately eight grams of methamphetamine.  ROSE instructed the CI to deliver the said methamphetamine to a buyer in a local hotel.  After ROSE supplied the CI with methamphetamine law enforcement approached ROSE before he could leave the McDonald's parking lot.  ROSE was detained on suspicion of trafficking narcotics.  A K-

9 unit, that was onsite during the arranged methamphetamine transaction, was deployed around ROSE's vehicle.  The K-9 unit indicated the presence of narcotics in the vehicle and a search was conducted of ROSE's vehicle.

During the search of the vehicle approximately four ounces of methamphetamine was found in a box located in the driver's floor board.  The four ounces of substance field tested positive for methamphetamine and had an appearance consist with methamphetamine in the onsite officer's training and experience.  A loaded handgun, high point 9 mm, was found in a bag located on the passenger side of the vehicle.  A second handgun was located in the trunk of the vehicle.

On December 4, 2019, a search warrant was conducted on ROSE's vehicle based upon a cooperating witness's (CW) statement.  The CW identified the secreted location of a third firearm.  On December 4, 2019, during the execution of the search warrant, a third handgun was found hidden under the center console of ROSE's vehicle.

A check through the National Crime Information Center (NCIC) revealed ROSE was convicted of trafficking in a controlled substance first degree, first offense January 16, 2019 and trafficking in a controlled substance first degree, first offense on January 22, 2019.

On December 5, 2019, the CI received a telephone call from a family member of ROSE.  The CI recognized ROSE's family member's voice and telephone number.  ROSE's family member told the CI words to the effect of "we are getting Tyler out" and "you are going to die."  Officers confirmed through a review of call logs that ROSE's family reached out to the CI via telephone on or about December 5, 2019.  ROSE was

released from Pulaski County Detention Center on December 5, 2019.

### III.   CONCLUSION

Based on my training and experience, along with the information set forth in this affidavit, your Affiant believes there is probable cause to believe that on or about November 26, 2019, TYLER T. ROSE possessed with intent to distribute methamphetamine, a Schedule II controlled substance, in Pulaski County, in the Eastern District of Kentucky, in violation of Title 21 U.S.C. § 841(a)(1).

/s/ Michael McLaughlin w.p.b HAI
_____
Michael McLaughlin
SA FBI

Subscribed and sworn to pursuant to Rule 4.1(b)(2)(A) on this 10th day of December, 2019.

_____
Hanly A. Ingram
UNITED STATES MAGISTRATE JUDGE